Hon. James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| Allsop, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Dakota Trading Company, Inc. and John Does 1-10, <br><br> Defendant. | Civil Action No. 2:17-cv-00221-JLR <br><br> STIPULATION AND [PROPOSED] ORDER OF DISMISSAL <br><br> NOTE ON MOTION CALENDAR: November 7, 2017 |

Plaintiff, Allsop, Inc., by and through its undersigned counsel of record, and Defendant Dakota Trading Company, Inc. by and through its undersigned counsel of record, hereby stipulate and agree that the above-entitled action has been resolved and that, accordingly, the following order of dismissal with prejudice and without attorneys' fees or costs to any of the parties may be entered by the Court.

STIPULATION AND
ORDER OF DISMISSAL - 1
Civil Action No. 2:17-CV-00221
ALSP-6-0001 P05 STIP DIS

LOWE GRAHAM JONES
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

1     DATED this 7th day of November, 2017.

2

3                                                       LOWE GRAHAM JONES<sup>PLLC</sup>

4                                                       By: s/Richard Alaniz
Richard Alaniz, WSBA No. 26194
Alaniz@LoweGrahamJones.com
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
Phone (206) 381-3300
Fax (206) 381-3301

Counsel for Allsop, Inc.

By: s/Ezra Sutton (*PRO HAC VICE*)
Ezra Sutton & Associates
esutton@ezrasutton.com
900 Route 9 North, Suite 201
Woodbridge, New Jersey 07095
Phone: (732) 634-3520
Fax: (732) 634-3511

Counsel for Dakota Trading, Inc.

STIPULATION AND
ORDER OF DISMISSAL - 2
Civil Action No. 2:17-CV-00221
ALSP-6-0001 P05 STIP DIS

LOWE GRAHAM JONES
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

## ORDER

Pursuant to the foregoing Stipulation, the Court hereby ORDERS that the above entitled action is DISMISSED in its entirety, with prejudice and without attorneys' fees or costs to any of the parties.

DATED this 8th day of November, 2017.

_____
The Hon. James L. Robart
United States District Court Judge

Presented By:

Lowe Graham Jones PLLC

By: s/Richard Alaniz
Richard Alaniz, WSBA No. 26194
Counsel for Plaintiff Allsop, Inc.


Ezra Sutton & Associates

By: s/Ezra Sutton (*PRO HAC VICE*)
Counsel for Defendant Dakota Trading, Inc.

STIPULATION AND
ORDER OF DISMISSAL - 3
Civil Action No. 2:17-CV-00221
ALSP-6-0001 P05 STIP DIS